IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Garvin, Donna | Case Number: 06 B 07805 |
|---|---|
|  | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 7/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: September 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,725.00 |  |
| Secured: |  | 900.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 733.35 |
| Trustee Fee: |  | 91.65 |
| Other Funds: |  | 0.00 |
| Totals: | 1,725.00 | 1,725.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 3,000.00 | 733.35 |
| 2. | Internal Revenue Service | Secured | 1,500.00 | 850.00 |
| 3. | Extra Space Storage/No McCormick | Secured | 639.00 | 50.00 |
| 4. | Internal Revenue Service | Priority | 3,925.14 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 871.85 | 0.00 |
| 6. | City of Evanston | Unsecured | 29.00 | 0.00 |
| 7. | University of Wisconsin | Unsecured | 988.38 | 0.00 |
| 8. | Evanston Public Library | Unsecured |  | No Claim Filed |
| 9. | Allied Business Accounts | Unsecured |  | No Claim Filed |
| 10. | Housing & Urban Development | Unsecured |  | No Claim Filed |
| 11. | FAA Credit Union | Unsecured |  | No Claim Filed |
| 12. | Clinical Neuroscience SC | Unsecured |  | No Claim Filed |
| 13. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 14. | Motorola Credit Union | Unsecured |  | No Claim Filed |
| 15. | Knight & Assoc | Unsecured |  | No Claim Filed |
| 16. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
| 17. | Ener Con Properties | Unsecured |  | No Claim Filed |
| 18. | Schneider Training Academy | Unsecured |  | No Claim Filed |
| 19. | Unifund Corporation | Unsecured |  | No Claim Filed |
| 20. | United Credit Union | Unsecured |  | No Claim Filed |
| 21. | Southport Storage | Unsecured |  | No Claim Filed |
| 22. | State Farm Insurance Co | Unsecured |  | No Claim Filed |
| 23. | Nicor Gas | Unsecured |  | No Claim Filed |
| 24. | Wisconsin Electric | Unsecured |  | No Claim Filed |
| 25. | Skokie Public Library | Unsecured |  | No Claim Filed |
| 26. | City of Evanston | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Garvin, Donna

Printed: 10/22/08

Case Number: 06 B 07805
Judge: Wedoff, Eugene R
Filed: 7/3/06

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Kenosha Public Library | Unsecured | | No Claim Filed |
| 28. Dept Of Workforce Development | Unsecured | | No Claim Filed |
| | | $ 10,953.37 | $ 1,633.35 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 12.00 |
| 5.4% | 79.65 |
| | $ 91.65 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

